# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG DEWEY WILLIAMS** | Case No.: 12-CV-6179 YGR |
| **Plaintiff,** | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN,** *Acting Commissioner of Social Security*, | |
| **Defendant.** | |

The issues in this action having been duly considered, and the Court having granted Plaintiff's Motion for Summary Judgment (Dkt. No. 18), judgment is hereby entered in favor of Plaintiff. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of Defendant Acting Commissioner of Social Security to deny Plaintiff Craig Dewey Williams' application of September 17, 2008, for Supplemental Security Income and disability insurance benefits.

This case is hereby **REMANDED** to the Social Security Administration for calculation and payment of benefits.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Date: March 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**